OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed, without costs.
 

 Appellant filed designating petitions for a seat on the school board of Community School District No. 15 in Brooklyn. On a number of petitions, sufficient to affect the
 
 *636
 
 validity of appellant’s candidacy, the subscribing witness transposed the numbers of his election district and his assembly district. This defect is fatal. The provisions of the Election Law governing the nomination of candidates apply to the election of community school board members (see Education Law, § 2590-c, subd 6, par [31]). It is established that the requirement of subdivision 1 of section 6-140 of the Election Law that the subscribing witnesses set forth their election and assembly districts on designating petitions is to be strictly enforced (see
 
 Matter of Higby v Mahoney,
 
 48 NY2d 15).
 

 Chief Judge Cooke and Judges Jasen, Jones, Wachtler, Meyer and Simons concur; Judge Fuchsberg taking no part.
 

 Order affirmed, without costs, in a memorandum.